No. 343. AIKEN *v.* RICHARDSON. Appeal from the Supreme Court of Georgia. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *G. Seals Aiken, pro se. Ralph Williams* for appellee.

No. 309. TWEEL *v.* WEST VIRGINIA RACING COMMISSION ET AL. Appeal from the Supreme Court of Appeals of West Virginia. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Seldon S. McNeer* for appellant.

No. 320. SACKETT *v.* LOUISIANA. Appeal from the Criminal District Court for the Parish of Orleans, Louisiana, Appellate Division. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Maurice R. Woulfe* for appellant.

No. 315. WESTERN UNION TELEGRAPH Co. ET AL. *v.* NEW JERSEY. Appeal from the Supreme Court of New Jersey. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE REED are of the opinion that probable jurisdiction should be noted. *John H. Waters* and *William G. H. Acheson* for appellants. *Theodore D. Parsons,* Attorney General of New Jersey, and *Joseph A. Murphy,* Assistant Attorney General, for appellee.